

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2015

No. 04-14-00744-CV

**IN THE INTEREST OF B.C., P.C., JR., AND A.C.**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01143
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on February 25, 2014. Because this is an accelerated appeal from an order terminating parental rights, no further extensions of time will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2015.

Keith E. Hottle
Clerk of Court